UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CAUSE NO. 2:25-cr- 95 |
| | ) | |
| v. | ) | 18 U.S.C. § 922(a)(6) |
| | ) | 18 U.S.C. § 924(a)(1)(A) |
| ASIA SHELLEY | ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNTS 1-10

On or about the following dates, in the Northern District of Indiana,

**ASIA SHELLEY**,

defendant herein, in connection with the acquisition of a firearm from the following firearms dealers, who are licensed under the provisions of Chapter 44 of Title 18, United States Code, knowingly made a false and fictitious statement to the dealer, which statement was intended and likely to deceive the dealer with respect to any fact material to the lawfulness of the sale of such firearm, in that the defendant represented on the Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record on the following dates, that she was the actual transferee/buyer of the firearm listed on the form, whereas in truth and in

1

fact, she well knew that she was not the actual transferee/buyer of the firearm listed on the form, all in violation of Title 18, United States Code, Section 922(a)(6).

| Count | Date | Firearms Dealer |
|---|---|---|
| 1 | April 22, 2021 | Firearms Dealer #1 |
| 2 | May 29, 2021 | Firearms Dealer #2 |
| 3 | June 9, 2021 | Firearms Dealer #1 |
| 4 | June 22, 2021 | Firearms Dealer #1 |
| 5 | March 19, 2022 | Firearms Dealer #1 |
| 6 | March 20, 2022 | Firearms Dealer #3 |
| 7 | May 7, 2022 | Firearms Dealer #1 |
| 8 | June 3, 2022 | Firearms Dealer #2 |
| 9 | July 3, 2022 | Firearms Dealer #1 |
| 10 | October 23, 2022 | Firearms Dealer #1 |

## THE GRAND JURY FURTHER CHARGES:

## COUNTS 11-20

On or about the following dates, in the Northern District of Indiana,

## ASIA SHELLEY,

defendant herein, knowingly made a false statement and representation to the following firearms dealers, who are licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of the dealer, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record on the following dates, that she was the actual transferee/buyer of the firearm listed on the form, whereas in truth and in fact, she well knew that she was not the actual transferee/buyer of the firearm listed on the form, all in violation of Title 18, United States

Code, Section 924(a)(1)(A).

| Count | Date | Firearms Dealer |
|---|---|---|
| 11 | April 22, 2021 | Firearms Dealer #1 |
| 12 | May 29, 2021 | Firearms Dealer #2 |
| 13 | June 9, 2021 | Firearms Dealer #1 |
| 14 | June 22, 2021 | Firearms Dealer #1 |
| 15 | March 19, 2022 | Firearms Dealer #1 |
| 16 | March 20, 2022 | Firearms Dealer #3 |
| 17 | May 7, 2022 | Firearms Dealer #1 |
| 18 | June 3, 2022 | Firearms Dealer #2 |
| 19 | July 3, 2022 | Firearms Dealer #1 |
| 20 | October 23, 2022 | Firearms Dealer #1 |

A TRUE BILL:

*/s/ Foreperson*
FOREPERSON

M. SCOTT PROCTOR
ACTING UNITED STATES ATTORNEY

By: */s/ Dean R. Lanter*
Dean R. Lanter
Assistant United States Attorney